AO 442 (Rev. 12/85) Warrant for Arrest  AUSA DONALD F. CHASE II

# United States District Court

**SOUTHERN** DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

ISMAEL ENG

**WARRANT FOR ARREST**

**CASE NUMBER:**

00-6360
CR - DIMITROULEAS

**MAGISTRATE JUDGE**
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ISMAEL ENG___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

BSS
Bail fixed at $100,000 CSB  w/ None

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by _BARRY S. SELTZER, U.S. Magistrate Judge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |