# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

William G. Putnicki
Clerk of the Court

United States Courthouse
511 E. San Antonio, Suite 219
El Paso, Texas 79901

February 10, 2006

United States District Court Clerks Office
299 East Broward Boulevard Room 108
Fort Lauderdale, FL 33301

FILED by _____ D.C.
INTAKE
FEB 16 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

IN RE: Our Case Number: 06-645M

    Your Case Number:    00-6360-CR-DIMITROULEAS

    U.S.A. vs. ISMAEL ENG

Enclosed please find the following documents pertinent to the removal of the above defendant(s) to your district:

(a.) **XX** Original Order of Removal (with attachments)

(b.) ___ Original Appearance Bond

Kindly acknowledge receipt of the enclosures by signing and returning the copy of this letter.

Sincerely,

William G. Putnicki, Clerk of Court

by: _/s/ M N Molina_
    Margie N. Molina
    Courtroom Deputy
    To United States Magistrate Judge,
    Richard P. Mesa

Encl.
RECEIVED THIS _16th_ DAY OF _Feb_____, 2006.
BY: _X Streets_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. EP: 06-M-00645-M |
| ) | (SD/Florida No. 00-6360-CR-DIMITROULEAS) |
| ISMAEL ENG ) | |

FILED FEB 10 2006

## REMOVAL ORDER

On February 3, 2006, the above named Defendant appeared before the undersigned having been arrested on a warrant for arrest issued out of the United States District Court for the Southern District of Florida. The office of the Federal Public Defender was appointed to represent the Defendant. The Government filed a Motion to Detain the Defendant Without Bond and an identity hearing and detention hearing were set for February 10, 2006.

On this date came on to be heard the identity hearing and detention hearing. The Defendant executed an Order Regarding Rule 5 Proceedings wherein he waived identity hearing. After hearing the evidence, the Court finds that the above Defendant is the Defendant named in the Indictment and warrant for arrest. The Defendant also waived a detention hearing in this district but requested a detention hearing in the prosecuting district.

The Defendant having had an opportunity to confer with counsel, it is hereby ORDERED that the Marshal Service transport and deliver the Defendant to the Southern District of Florida at Fort Lauderdale, Florida.

SIGNED AND ENTERED this the ___10TH___ day of February, 2006.

Richard P. Mesa
RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TEXAS__

FILED FEB 10 2006
U.S. MAGISTRATE JUDGE
BY ____
WESTERN DISTRICT OF TEXAS
SPECIAL DEPUTY CLERK

UNITED STATES OF AMERICA
V.
ISMAEL ENG

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-6360CR-DIMITROULEAS | EP: 06-M-00645-M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X  Indictment      ☐ Information      ☐ Complaint      ☐ Other (specify)

charging a violation of    18    U.S.C. §   371; 659 and 2

**DISTRICT OF OFFENSE**
United States District Court for the Southern District of Florida

**DESCRIPTION OF CHARGES:**

Conspiracy to commit theft of interstate & foreign shipment of freight; theft of interstate & foreign shipment of freight.

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel      x Federal Defender Organization      ☐ CJA Attorney      ☐ None

**Interpreter Required?**   ☐ No    ☐ Yes    Language: _____

WESTERN    **DISTRICT OF**    TEXAS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 10, 2006                  _Richard P. Mesa_ (signature)
Date                               RICHARD P. MESA, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Filed 2·8·06
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

MINUTES
RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE

Date: FEBRUARY 8, 2006   Case No.: 06-6445M   AUSA: Patricia Acosta

Defendant's Name:                           Attorney for Defendant:

1. Ismael Ing

2. _____

3. _____

4. _____

| PROCEEDINGS | DFT NO.: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| ( ) Prelim held/waived | | ( ) | ( ) | ( ) | ( ) |
| ( ) Probable cause found | | ( ) | ( ) | ( ) | ( ) |
| ( ) Prelim continued: _____ | | ( ) | ( ) | ( ) | ( ) |
| ( ) No Probable cause found-case dismissed. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Detention hearing held/waived. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Defendant ordered detained. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Order bond set by court: _____ | | ( ) | ( ) | ( ) | ( ) |
| ( ) Agreed bond: _____ | | ( ) | ( ) | ( ) | ( ) |
| (X) Detention hearing continued 2-10-06 @ 9:00 a.m. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Defendant financially unable to retain attorney. Court appt: _____ | | (X) | ( ) | ( ) | ( ) |
| ( ) Arraignment held. Defendant appears with counsel. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Consent to Magistrate jurisdiction. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Defendant PG. Court accepts guilty plea. | | ( ) | ( ) | ( ) | ( ) |
| ( ) Sentencing held/set for: _____ | | ( ) | ( ) | ( ) | ( ) |
| ( ) Judgment and commitment entered. Felony complaint dismissed. | | ( ) | ( ) | ( ) | ( ) |

OTHER: Identity can't prove date.   RESET FOR

2/10/06
9:00 am

Filed 2-10-06
Clerk, U. S. District Court
Western District of Texas
By _MMM_
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. EP:06-M-00645-M
)
Ismael Eng )
)

**ORDER REGARDING RULE 5 PROCEEDINGS**

I, __Ismael Eng__, understand that in the __Southern__ District of __Florida__ I have been charged with violating __18 USC 371, 659, 2__. I have been taken before a United States Magistrate Judge who has informed me of the charge(s) and my right to: (1) retain counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO:**

✓ Identity hearing

___ Preliminary hearing

___ Identity hearing and I have been informed that I have no right to a preliminary hearing

___ Detention hearing

✓ Detention hearing in El Paso, but I want a detention hearing in the prosecuting district

_____
Defendant
Date: 2-9-06

_____
Defense Counsel

AO 456 (5/85) Notice

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| USA §§§§§ | |
| vs. | Case Number: EP:06-M-00645 M |
| | RULE 5 |
| (1) ISMAEL ENG | |
| *Defendant* | |

## CIVIL / CRIMINAL NOTICE

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below

| PLACE | ROOM NO. |
|---|---|
| United States Courthouse | Room 444 |
| 511 E. San Antonio | DATE AND TIME |
| El Paso, TX 79901 | February 10, 2006, @ 9:00 AM |

TYPE OF PROCEEDING

IDENTITY HEARING/DETENTION
(CONTINUED FROM 2/8/06)

RICHARD P MESA
U.S. MAGISTRATE JUDGE

| February 08, 2006 | BY: | Margie N. Molina  - (915) 534-6717 |
|---|---|---|
| *Date* | | Deputy Clerk |

TO:  Defendant
       (1) ISMAEL ENG
       Defendant's Attorney
       FEDERAL PUBLIC DEFENDER
       700 E. SAN ANTONIO, D-401
       EL PASO, TEXAS  79901

       U.S. ATTORNEY
       U.S. PRETRIAL
       U.S. PROBATION
       U.S. MARSHAL

Filed: **02/08/2006**
Clerk, U.S. District Court
Western District of Texas

By: _____𝑚𝑛𝑚_____
Deputy

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:06-M-00645 M |
| (1) ISMAEL ENG<br>*Defendant* | § | |

# ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so ORDERED this 8th day of February, 2006.

_____
RICHARD P MESA
U.S. MAGISTRATE JUDGE

Filed 2-3-06
Clerk, U. S. District Court
Western District of Texas
By /s/ mnm
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| USA | § | |
| | § | Case Number: |
| vs. | § | EP:06-M -00645 - M |
| | § | RULE 5-S/D OF FLORIDA |
| (1) ISMAEL ENG | § | 00-6360-CR-DIMITROULEAS |

Interpreter Required: Yes ✓ No ___

### *PROCEEDINGS SHEET / CRIMINAL NOTICE     18:371, 659 & 2

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| Place | Room No. |
|---|---|
| United States Courthouse | 444 |
| 511 E. San Antonio | **Date and Time** |
| El Paso, Texas 79901 | February 08, 2006 at 09:30 AM |

Type of Proceeding

### IDENTITY HEARING/DETENTION

RICHARD P MESA
UNITED STATES MAGISTRATE JUDGE

February 03, 2006                           Margie N. Molina   (915) 534-6717
Initial Appearance Date                     (BY) DEPUTY CLERK

To:
DEFENDANT - (1) ISMAEL ENG
DEF ATTORNEY - TO RETAIN, - RET - -
U.S. PROBATION
U.S. PRETRIAL SERVICES
U.S. ATTORNEY
U.S. MARSHAL
AGENCY - FBI - MAGGIE ANTISDEL

* Defendant afforded initial appearance pursuant to Fed. R. Crim. P. 5, informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is finacially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release.  Intial Appearance is electronically recorded.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) NO. |
| | ) **(SOUTHERN DISTRICT OF** |
| ISMAEL ENG | ) **FLORIDA COURT NO. 00-CR-6360-14)** |
| a.k.a. "Chino" | ) |
| | ) |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested on a warrant out of the Southern District of Florida charging Defendant with violation of Title 18 United States Code, Sections 371, 659 and 2 -Theft of Interstate and foreign shipment of freight.

2. The Defendant has a prior criminal history.

3. The Defendant is a foreign national, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

4. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

February 3, 2006

5.  There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

                    Respectfully submitted,

                    JOHNNY SUTTON
                    UNITED STATES ATTORNEY

BY:     _____
                    ANTONIO FRANCO, JR.
                    Assistant U.S. Attorney
                    Texas Bar # 00784077
                    700 E. San Antonio, Suite 200
                    El Paso, Texas 79901
                    (915) 534-6884

February 3, 2006