UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**CRIMINAL DIVISION**

vs.

CASE NO.: 00-CR-6360-
DIMITROULCAS

**ISMAEL ENG**
        **Defendant.**
_____/

### *NOTICE OF APPEARANCE*

**TO THE CLERK OF THE ABOVE COURT:**

    Please take notice that the undersigned attorney hereby files this Notice of Appearance as attorney of record in the above-styled cause and would request that all notices of appearance required by the Defendant herein be sent to the undersigned attorney's address.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was forwarded this **22nd** day of **February**, 2006, to the Office of the U.S. Attorney in and for the Southern District of Florida, 99 N.E. 4th Street, Miami, Florida 33132.

                        Respectfully submitted,
                        CARL A. KAFKA, ESQ.
                        Attorneys for Defendant
                        815 Ponce de Leon Blvd.
                        Second Floor
                        Coral Gables, Florida 33134
                        (305) 444-3880

                        By: _____
                        CARL A. KAFKA, ESQ.