AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# United States District Court

_____SOUTHERN_____    DISTRICT OF FLORIDA

FILED BY

2006 MAR -1 AM 11: 28

CLERK U.S. DIST. CT.
S.D. OF FLA.-FT. L.

UNITED STATES OF AMERICA

V.

ISMAEL ENG

**WARRANT FOR ARREST**

TO:    **The United States Marshal
and any Authorized United States Officer**

**CASE NUMBER:**

## 00-6360
CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest_____ISMAEL ENG

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)    Theft of interstate and foreign shipment of freight,

in violation of Title 18  United States Code, Sections ___371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB    with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at El Paso, Texas | | |
| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER Christina PHaro, US Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/3/06 | | Mark O'Loughlin, SDUSM |