# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA

DEFT: ISMAEL ENG (J)# 65292-180    CASE NO: 00-6360-CR-DIMITROULEAS/TORRES
AUSA: DON CHASE ✓    ATTY: CARL A. KAFKA (PERM)
AGENT:    VIOL: 18:USC 371 CONSPIRACY TO DEFRAUD THE UNITED STATES

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND:
BOND HEARING HELD - yes / no    COUNSEL APPOINTED:
BOND SET @: $250,000 CSB w/Nebbia    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Δ - Present in Court. w/Counsel.
Δ - Advised of charges.

**SPANISH INTERPRETER REQUIRED**

Δ - Arraigned SDO-Signed
Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Gov't - Recommends PTD
Parties Stipulate to $250,000 CSB w/Nebbia
Reserving Right to PTD
at a later date (No Bond Hrg)

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
(STATUS CONFERENCE:)   3-16   11:00   Seltzer

DATE: 3/1/06   TIME: 11:00 A.M.   FTL/BSS TAPE # 06-13   Begin: 610   End: 820