UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS/EGT

UNITED STATES OF AMERICA

vs

ISMAEL ENG(J)#

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 3/1/06 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: __IN CUSTODY__

                  Telephone: _____

DEFENSE COUNSEL:  Name: __CARL A. KAFKA, ESQ__

                  Address: _815 PONCE DE LEON BLVD_

                           _MIAMI, FLORIDA 33134_

                  Telephone: _305-444-3880_

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this _1ST_ day of _MARCH_, 2006.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. _BSS-06-610-820_

cc: COPY FOR JUDGE
    AUSA, DEFENSE COUNSEL
    PRETRIAL SERVICES/USPO

