UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER **00-6360-CR-WPD**

INTERPRETER REQUIRED IN CASE

FOREIGN LAGUAGE **Spanish**

DEFENDANT(S) **Ismael Eng.**

FILED BY _____ D.C.
2006 MAR -
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. L.
PM 1:48

430