# CRIMINAL MINUTES

FILED by _____ D.C.
MAR 30 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD   DATE: March 30, 2006

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   vs. Ismael Eng

U.S. ATTORNEY: Don Chase   DEFT. COUNSEL: Phil Kapla

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Counts 2, 3, & 4. Gvt agrees to dismiss Count 1 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 6/8/06   TIME: 2:00   FOR: Sentencing

MISC: Written plea agreement filed.

