UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

        V.                        CASE NO. 00-6360-CR-DIMITROULEAS

ISMAEL ENG

---

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM 205B**
DATE & TIME:
**June 13, 2006 at 9:00 AM**
(Previously set for June 8 at 2:00)

TYPE OF
HEARING:        SENTENCING

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 9, 2006

cc:    Donald Chase, AUSA
        Carl Kafka, AFPD
        U.S. Probation

