# CRIMINAL MINUTES



FILED by _____ D.C.
MAY 3 1 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-CR-WPD     DATE: May 31, 2006

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA     VS. Ismael Cig

U.S. ATTORNEY: Jim Chase     DEFT. COUNSEL: Carl Ingla

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 21 months BOP, 3 years Supervised Release. No Fine. $116,764.46 Restitution Joint & Several liability. If ordered deported, the dft is to remain outside the United States and is not to re-enter without permission. $300 Assessment. Gov't dismisses Count 1. Court recommends designation to a South Florida facility.

CASE CONTINUED TO: _____     TIME: _____     FOR: _____

MISC: Dft Informed of Right to Appeal.